UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY GLASS, INC.,<br><br>Defendant. | Case No.: C-11-5610-YGR<br><br>**ORDER RE: MOTION FOR DEFAULT JUDGMENT AND SETTING COMPLIANCE HEARING** |

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a motion for default judgment within thirty (30) days of the date of this Order. Said motion shall be referred to the Chief Magistrate Judge or her designee for a report and recommendation upon filing.

2. The Court hereby sets a compliance hearing regarding the filing of a motion for default for Friday, March 23, 2012, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. If Plaintiff has filed a motion for default judgment as set forth above, or if the case has been settled and dismissed, Plaintiff need not appear and the compliance hearing will be taken off calendar.

If compliance is not complete, Plaintiff shall file, no less than five (5) business days prior to the date of the hearing, a one (1) page statement setting forth an explanation regarding the failure to

comply. If such a statement is timely filed, Plaintiff may appear by phone for the compliance hearing. Failure to file a timely statement may be grounds for sanctions.

**IT IS SO ORDERED.**

Dated: January 31, 2012

                                  YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT JUDGE