Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY GLASS, INC., a California corporation,<br><br>Defendant. | Case No.:  C11-5610 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., voluntarily dismiss, without prejudice, their claim against Defendant QUALITY GLASS, INC.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C11-5610 YGR

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 21st day of March, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: March 22, 2012

_____
UNITED STATES DISTRICT COURT JUDGE
YVONNE GONZALEZ ROGERS

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C11-5610 YGR

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **March 21, 2012**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

<u>XX</u> **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**David W. Lively, Esq.**
**Hopkins & Carley ALC**
**70 South 1st Street**
**San Jose, California 95113**
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of March, 2012, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C11-5610 YGR**

P:\CLIENTS\GLACL\Quality Glass 5\Pleadings\C11-5610 YGR - Notice of Voluntary Dismissal 032112.DOC